No. 281, Misc. INDIA v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Sam Polur* for petitioner. *Aaron E. Koota* and *William I. Siegel* for respondent.

No. 398, Misc. COYOTE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Paul C. Summitt* for the United States.

No. 439, Misc. PETERSON v. HOOVER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION. C. A. D. C. Cir. Certiorari denied. *Acting Solicitor General Spritzer* for respondent.

No. 446, Misc. KENNEDY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 450, Misc. DAY v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *James H. Bateman* and *William C. Wilson* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Robert F. Hedgepath,* Assistant Attorney General, for respondent.

No. 470, Misc. ROBINSON v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *James H. Epps III* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox* and *Paul E. Jennings,* Assistant Attorneys General, for respondent.

No. 532, Misc. MCINTYRE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for the United States.